UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LYNN JOHNSON,<br>Plaintiff,<br>v.<br>FIVE BELOW, INC.; and DOES 1 through 10,<br>Defendant. | Case No. 1:26-cv-05492-KES-FJS<br>ORDER RE: JOINT CASE MANAGEMENT STATEMENT<br>(ECF No. 6)<br>ORDER VACATING NOVEMBER 18, 2026, SCHEDULING CONFERENCE<br>TWENTY-ONE (21) DAY DEADLINE |

On November 11, 2026, the Parties filed a joint case management statement requesting that the court continue the November 18, 2026, scheduling conference for approximately thirty (30) to sixty (60) days. (ECF No. 6) The Parties further provide that on “October 6, 2026, a settlement resolving this matter” had been reached but that the parties are still in the process of finalizing the settlement. (*Id.* at 2.)

Pursuant to Local Rule 160(b), upon “notification of disposition or resolution of an action or motion, the Court shall fix a date upon which disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.” L.R. 160(b).

While the Parties provide that they will "promptly file a request for dismissal of this action with prejudice" upon receipt of settlement proceeds, the Parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance of the settlement agreement but rather on settlement of the action. Rather than wait for a date uncertain, the court will set a deadline for filing dispositional documents that complies with the local rules. *See* L.R. 160. If additional time is needed, the parties may submit a motion to extend that proffers good cause.

Accordingly, the court HEREBY ORDERS as follows:

(1) The scheduling conference currently set for November 18, 2026, is VACATED; and

(2) The Plaintiff SHALL file a notice of dismissal within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated: **November 13, 2026**

UNITED STATES MAGISTRATE JUDGE